BBA NONWOVENS SIMPSONVILLE, INC., Plaintiff–Appellant,

v.

CMC MAGNETICS CORPORATION, Defendant–Appellee.

No. 02–1553.

United States Court of Appeals, Federal Circuit.

Dec. 30, 2002.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

LAKEWOOD ENGINEERING AND MANUFACTURING COMPANY, Plaintiff–Appellant,

v.

LASKO METAL PRODUCTS, INC., Defendant–Cross Appellant.

Nos. 03–1087, 03–1088.

United States Court of Appeals, Federal Circuit.

Dec. 30, 2002.

BMC SOFTWARE, INC., Plaintiff–Appellee,

v.

R. Brent JOHNSON and Interface Design Group, Inc., Defendants–Appellants.

No. 02–1433.

United States Court of Appeals, Federal Circuit.

Dec. 30, 2002.

**ORDER**

The parties having so agreed, it is

*Official Caption* [1]

*Authorized Abbreviated Caption* [2]

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

1. Required for use on petitions, formal briefs and appendices, court opinions, and dispositive court orders. FRAP 12(a); 32(a).

2. Authorized for use only on items not requiring the Official Caption as listed in note 1.